No. 79–6604. CAMPOS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–6605. WESTOVER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–6611. PEREZ *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–6612. GRAY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 79–6618. HUGULEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–6625. COMEAUX *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–6629. CARNES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–6637. LENZ *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–1352. HART BOOK STORES, INC., ET AL. *v.* EDMISTEN, ATTORNEY GENERAL OF NORTH CAROLINA, ET AL. C. A. 4th Cir. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant the petition for certiorari, reverse the judgment of the Court of Appeals, and reinstate the judgments of July 21, 1978, entered in the United States District Court for the Western District of North Carolina and of April 21, 1978, entered in the United States District Court for the Eastern District of North Carolina declaring unconstitutional N. C. Gen. Stat. §§ 14–202.10 to 14–202.12.

No. 79–1605. MOODY, ASSISTANT CORRECTIONAL SUPERINTENDENT *v.* McNAMARA. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.